# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUFFMAN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIX CONTINENTS HOTELS, INC. and HOLIDAY INN CLUB VACATIONS INCORPORATED,<br><br>Defendants. | Case No.: 25-CV-424 JLS (DDL)<br><br>**ORDER (1) DENYING AS MOOT DEFENDANTS' MOTION TO COMPEL ARBITRATION AND (2) VACATING HEARING**<br><br>(ECF No. 10) |

Presently before the Court is Defendants Six Continents Hotels, Inc. and Holiday Inn Club Vacations Incorporated's (collectively, "Defendants") Motion to Compel Arbitration, or, Alternatively, Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Strike Class Allegations ("Mot.," ECF No. 10). While that Motion was pending, Plaintiff filed an Amended Complaint, ECF No. 11, thereby prompting Defendants to renew their Motion, now docketed at ECF No. 12. Because the renewed Motion supersedes the

/ / /

/ / /

/ / /

/ / /

1  original, Defendants' original Motion (ECF No. 10) is **DENIED AS MOOT**.
2  Consequently, the May 29, 2025 hearing is **VACATED**.
3      **IT IS SO ORDERED.**
4  Dated: May 21, 2025

                                          Hon. Janis L. Sammartino
                                          United States District Judge