UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUFFMAN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIX CONTINENTS HOTELS, INC. and HOLIDAY INN CLUB VACATIONS INCORPORATED,<br><br>Defendants. | Case No.: 25-CV-424 JLS (DDL)<br><br>**ORDER VACATING JULY 10, 2025 HEARING ON DEFENDANTS' MOTION**<br><br>(ECF No. 12) |

Presently before the Court is Defendants Six Continents Hotels, Inc. and Holiday Inn Club Vacations Incorporated's Motion to Compel Arbitration, or, Alternatively, Motion to Dismiss Plaintiff's First Amended Complaint or, Alternatively, to Strike Class Allegations ("Mot.," ECF No. 12).  The Court finds this matter appropriate for decision on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the Court **VACATES** the July 10, 2025 hearing on the Motion and takes it under submission.

**IT IS SO ORDERED.**

Dated: July 3, 2025

Hon. Janis L. Sammartino
United States District Judge